IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00278-DSC

| CARLA L. JIMERSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| ANDREW M. SAUL, | ) |
| Acting Commissioner of | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 14].

For the reasons stated in Plaintiff's Motion,

IT IS ORDERED that Plaintiff's Motion to Dismiss [Doc. 14] is GRANTED, and this civil action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: May 13, 2021

David S. Cayer
United States Magistrate Judge